UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KYLE PETERSON, an individual,<br><br>               Plaintiff,<br><br>   v.<br><br>USAA GENERAL INDEMNITY<br>COMPANY,<br><br>               Defendant. | NO.  4:25-CV-5035-TOR<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR PROTECTIVE ORDER |

BEFORE THE COURT is the parties' Stipulated Motion for Protective Order (ECF No. 8).  The Court has reviewed the record and files herein, and is fully informed.  For good cause shown the motion is **GRANTED**.

//

//

ORDER GRANTING STIPULATED MOTION
FOR PROTECTIVE ORDER ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1.  The parties' Stipulated Motion for Protective Order (ECF No. 8) is **GRANTED**.  The terms of the Protective Order located at ECF No. 8 are incorporated herein.

The District Court Executive is directed to enter this Order and furnish copies to the parties.

**DATED** June 16, 2026.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION
FOR PROTECTIVE ORDER ~ 2